KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants,
CHU PHUONG dba LINDA SEAFOOD
MARKET; BLUE FAMILY LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>          Plaintiff,<br><br>vs.<br><br>CHU PHUONG dba LINDA SEAFOOD MARKET; BLUE FAMILY LIMITED PARTNERSHIP;<br><br>          Defendants. | Case No. 1:17-cv-00915-LJO-EPG<br><br>**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

Defendants CHU PHUONG dba LINDA SEAFOOD MARKET; and BLUE FAMILY LIMITED PARTNERSHIP (collectively "Defendants"), and Plaintiff JOSE ACOSTA ("Plaintiff," and together with Defendants, "the Parties"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, the Parties previously stipulated to extend Defendants' responsive pleading deadline to September 8, 2017 (Dkt. 6), but now wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings as they are cautiously optimistic that continued settlement discussions will fully resolve Plaintiff's claims;

///

///WHEREAS, the Mandatory Scheduling Conference in this matter is currently set for

October 12, 2017;

WHEREAS, the parties wish to conserve attorneys' fees as well as the Court's resources with a matter that will likely be informally resolved;

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. That Defendants' time to respond to the Complaint be further extended to September 28, 2017, which extension exceeds 28 days from the initial deadline but will not affect any other event or deadline set by Court order, including the Scheduling Conference.

Dated: September 8, 2017                    MISSION LAW FIRM, A.P.C.

                                            By: /s/ *Zachary M. Best*
                                                 ZACHARY M. BEST
                                                 Attorneys for Plaintiff
                                                 JOSE ACOSTA

Dated: September 8, 2017                    COLEMAN & HOROWITT, LLP

                                            By: /s/ Keith M. White
                                                 KEITH M. WHITE
                                                 Attorneys for Defendants
                                                 CHU PHUONG dba LINDA SEAFOOD
                                                 MARKET; BLUE FAMILY LIMITED
                                                 PARTNERSHIP

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants may have to and including September 28, 2017 within which to file their responsive pleadings.

IT IS SO ORDERED.

Dated: **September 12, 2017**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE